*Form 130* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Joseph Rose III<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24–12768–pmm<br><br>Chapter: 13 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Means Test Calculation 122C–2 Due 8/22/24
   Schedules A Due 8/22/24
   Schedules B Due 8/22/24
   Schedules C Due 8/22/24
   Schedules D Due 8/22/24
   Schedules E Due 8/22/24
   Schedules F Due 8/22/24
   Schedules G Due 8/22/24
   Schedules H Due 8/22/24
   Schedules I Due 8/22/24
   Schedules J Due 8/22/24
   Statement of Attorney Compensation Due 8/22/24
   Statement of Current Monthly Income (122C–1) Due 8/22/24
   Statement of Financial Affairs Due 8/22/24
   Summary of Assets and Liabilities Due 8/22/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 9, 2024                                                               By the Court

                                                                                       Patricia M. Mayer
                                                                                       Judge, United States Bankruptcy Court