Certificate Number: 05781-PAE-DE-038783521

Bankruptcy Case Number: 24-12768



05781-PAE-DE-038783521

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2024, at 4:48 o'clock PM PDT, Joseph Rose iii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 19, 2024                By:   /s/Allison M Geving

                                        Name:   Allison M Geving

                                        Title:   President