H&K Group, Inc.
Contracting Direct Labor (C1) Pay Period 202429 (Jul 14/24 - Jul 20/24)
Employee: 003806                                    Marital Status: S

Crew: ▓▓▓

P.O. Box 196
Skippack, PA  19474

Rose, Joseph
3670 North Delaware Drive
Easton, PA  18040

| Typ | Job    | Occupation      | Wks | Sun Jul14 | Mon Jul15 | Tue Jul16 | Wed Jul17 | Thu Jul18 | Fri Jul19 | Sat Jul20 |
|-----|--------|-----------------|-----|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| R-T | B-114M | 001PO-Plant Op  | 1-2 |           |           |           | 9.50      | 10.25     | 10.00     | 10.25     |
| T-H | B-114M | 001PO-Plant Op  | 1-2 |           | 9.00      |           |           |           |           |           |
|     |        | Total hours     |     |           | 9.00      | 9.50      | 10.25     | 10.00     | 10.25     |           |

**Current**                                                                 **Year-To-Date**

| 40.00 | R-T | Hours at | 20.00 |   | 800.00   |
|-------|-----|----------|-------|---|----------|
|  9.00 | T-H | Hours at | 30.00 |   | 270.00   |
| 49.00 |     | Total    |       | $ | 1,070.00 |

| Total Earnings |  | $ | 1,070.00 |  |  |  |
|---|---|---|---|---|---|---|
| Fed Tax |  |  | 91.34- | Fed Tax |  | 91.34- |
| Soc Sec |  |  | 66.34- | Soc Sec |  | 66.34- |
| PA State Tax |  |  | 32.85- | PA State Tax |  | 32.85- |
| Medicare |  |  | 15.52- | Medicare |  | 15.52- |
| State UI |  |  | .75- | State UI |  | .75- |
| PA Forks Twp/Northampton |  |  | 10.70- | PA Forks Twp/Northampton |  | 10.70- |
| MST Municipal Service Tax |  |  | 1.00- |  |  |  |
| Total Deductions |  | $ | 218.50- |  |  |  |
| Net Pay |  | $ | 851.50 | YTD Net Pay | $ | 851.50 |

| Gross Earnings |  | 1,070.00 | Gross Earnings |  | 1,070.00 |
|---|---|---|---|---|---|
| Fed Tax |  | 91.34- | Fed Tax |  | 91.34- |
| FICA |  | 66.34- | FICA |  | 66.34- |
| Local W/H Tax |  | 10.70- | Local W/H Tax |  | 10.70- |
| Hours | Regular time hours | 40.00 | Hours | Regular time hours | 40.00 |
|  | Time and one half hours | 9.00 |  | Time and one half hours | 9.00 |

| Taxable Income for Period |  | 1,070.00 |
|---|---|---|
| 401K Earnings for Period |  | 1,070.00 |

Deposit 001-31548    Dated    Jul 25/24    for the amount of    $851.50

H&K Group, Inc.
Contracting Direct Labor (C1) Pay Period 202430 (Jul 21/24 - Jul 27/24)
Employee: 003806

Marital Status: Single

Crew: ███

P.O. Box 196
Skippack, PA 19474

Rose, Joseph
3670 North Delaware Drive
Easton, PA 18040

| Typ | Job | Occupation | Wks | Sun Jul21 | Mon Jul22 | Tue Jul23 | Wed Jul24 | Thu Jul25 | Fri Jul26 | Sat Jul27 |
|---|---|---|---|---|---|---|---|---|---|---|
| R-T | B-114M | 001PO-Plant Op | 1-2 | | 10.25 | 10.25 | 10.25 | 9.25 | | |
| T-H | B-114M | 001PO-Plant Op | 1-2 | | | | | 1.00 | 10.25 | |
| | | Total hours | | | 10.25 | 10.25 | 10.25 | 10.25 | 10.25 | |

**Current**                                                                  **Year-To-Date**

| | | | | | |
|---|---|---|---|---|---|
| 40.00 | R-T | Hours at | 20.00 | | 800.00 |
| 11.25 | T-H | Hours at | 30.00 | | 337.50 |
| 51.25 | | Total | | $ | 1,137.50 |

| | Current | | YTD |
|---|---|---|---|
| Total Earnings | $ 1,137.50 | | |
| Fed Tax | 99.44- | Fed Tax | 190.78- |
| Soc Sec | 70.53- | Soc Sec | 136.87- |
| PA State Tax | 34.92- | PA State Tax | 67.77- |
| Medicare | 16.49- | Medicare | 32.01- |
| State UI | .80- | State UI | 1.55- |
| PA Forks Twp/Northampton | 11.38- | PA Forks Twp/Northampton | 22.08- |
| MST Municipal Service Tax | 1.00- | | |
| Total Deductions | $ 234.56- | | |
| Net Pay | $ 902.94 | YTD Net Pay | $ 1,754.44 |
| Gross Earnings | 1,137.50 | Gross Earnings | 2,207.50 |
| Fed Tax | 99.44- | Fed Tax | 190.78- |
| FICA | 70.53- | FICA | 136.87- |
| Local W/H Tax | 11.38- | Local W/H Tax | 22.08- |
| Hours  Regular time hours | 40.00 | Hours  Regular time hours | 80.00 |
|        Time and one half hours | 11.25 |        Time and one half hours | 20.25 |

Taxable Income for Period        1,137.50
401K Earnings for Period         1,137.50

Deposit 001-31557    Dated    Aug 01/24    for the amount of    $902.94

███