UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Joseph Rose, III<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-12768-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 29th day of January, 2025 by first class mail upon those listed below:

Joseph Rose, III
3670 N Delaware Dr
Easton, PA  18040-7345

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Dave P. Adams, Esq.
Office of the United States Trustee

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee