United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Rose, III  
    Debtor

Case No. 24-12768-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 13, 2025      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph Rose, III, 3670 N Delaware Dr, Easton, PA 18040-7345 |
| 14914287 | | Easton Area School District Tax Collection, 1801 Bushkill Dr, Easton, PA 18040-8186 |
| 14914288 | + | Forks Township, 1606 Sullivan Trl, Easton, PA 18040-8398 |
| 14914292 | + | Northampton County Revenue Division, 669 Washington St Rm 2132, Easton, PA 18042-7490 |
| 14914300 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 14 2025 00:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 14 2025 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 14 2025 00:09:00 | HSBC Bank USA, National Association, as Trustee, f, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 14916391 | + | Email/Text: EBN@brockandscott.com | Feb 14 2025 00:09:00 | HSBC Bank USA ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14916560 | ^ | MEBN | Feb 14 2025 00:00:32 | HSBC Bank USA, National Association, c/o Matthew Fissel, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14914289 | | Email/Text: Bankruptcy@ICSystem.com | Feb 14 2025 00:10:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 14914290 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2025 00:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14914291 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 14 2025 00:11:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14914293 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 14 2025 00:09:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Attn: Bankruptcy, 1661 Worthington Rd , Ste 100, West Palm Beach, FL 33409-6493 |
| 14914294 | | Email/Text: fesbank@attorneygeneral.gov | Feb 14 2025 00:10:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14914297 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 14 2025 00:09:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14935057 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 14 2025 00:09:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, |

Case 24-12768-pmm   Doc 30   Filed 02/15/25   Entered 02/16/25 00:31:52   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14916392 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 14 2025 00:09:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14914295 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2025 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14914674 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2025 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14914296 | ^ | MEBN | Feb 14 2025 00:00:16 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14914298 | | Email/Text: jaxbanko@td.com | Feb 14 2025 00:09:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 14914299 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 14 2025 00:11:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14947785 | *+ | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

**Name**           **Email Address**

MATTHEW K. FISSEL
on behalf of Creditor HSBC Bank USA National Association, as Trustee, for the registered holders of Nomura Home Equity Ho wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL A. CIBIK
on behalf of Debtor Joseph Rose III help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4      User: admin      Page 3 of 3
Date Rcvd: Feb 13, 2025      Form ID: pdf900      Total Noticed: 23
TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Joseph Rose, III<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-12768-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 13, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE